This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, ~~CIRCUIT~~ COURT Northern District Winnebago COUNTY | MOTION | For Court Use Only |
|---|---|---|

**Instructions ▼**

Enter above the county name where the case was filed.

ME2 Productions Inc.
**Plaintiff / Petitioner** *(First, middle, last name)*

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

v.

Enter the name of the person being sued as Defendant/Respondent.

I.P. Address # 98.212.228.37  Doe #4
**Defendant / Respondent** *(First, middle, last name)*

1:17-cv-03852
**Case Number**

Enter the Case Number given by the Circuit Clerk.

---

In 1, check if you are the Plaintiff/Petitioner or Defendant/Respondent.

**1. Motion by:** ☐ Plaintiff/Petitioner  ☑ Defendant/Respondent

In 2, enter what you are asking the court for with this *Motion*.

**2. Motion for:** We ask to vacate or quash subpeona 1: 17-cv-3852

In the lines write what you are asking the court to do, and the reasons why the judge should agree with you.

We ask to vacate or quash subpeona 1: 17-cv-3852. The subpeona is requesting priviledged or confidential information .Also the subpeona is too vague or too global in its request.I.P. address # 98.212.228.37 has Wi-Fi capabilities and designated parties Doe #4 are not the only parties with access to said Wi-Fi .

**FILED**
JUL 11 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Enter the Case Number given by the Circuit Clerk: 1:17-cv-03852

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |

I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

Doe #4
Your Signature

Street Address

Doe #4
Print Your Name

Machesney Park, Il 61115
City, State, ZIP

[redacted]
Telephone

**Proof of Delivery**

1. I sent the *Motion*

2. At or before 5:00 p.m. on _____, 20 ____
   Date

3. To:
   Name: ME2 Productions Inc. c/o  Michael A  Heirl
         First                     Middle       Last

   Address: 70 West Madison St. suite 4000,  Chicago   Il   60602
            Street, Apt #                    City      State ZIP

   Email: mhierl@hsplegal.com

   By:  ☐ Hand Delivery
        ☐ Regular, First-Class Mail, deposited into the U.S. Mail with postage paid
        ☑ Email

   Name: _____
         First               Middle               Last

   Address: _____
            Street, Apt #        City      State       ZIP

   Email: _____

   By:  ☐ Hand Delivery
        ☐ Regular, First-Class Mail, deposited into the U.S. Mail with postage paid
        ☐ Email

   Name: _____
         First               Middle               Last

Enter the Case Number given by the Circuit Clerk: <u>1:17-cv-03852</u>

Address: _____
Street, Apt #          City          State     ZIP

Email: _____

By: ☐ Hand Delivery
   ☐ Regular, First-Class Mail, deposited into the U.S. Mail with postage paid
   ☐ Email

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the Proof of Delivery is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |
| After you finish this form, sign and print your name. | |
| Enter your complete current address and telephone number. | |

Doe #4
*Your Signature*

Doe #4
*Print Your Name*

_____
*Street Address*

Machesney Park, Il 61115
*City, State, ZIP*

███████████████
*Telephone*

MN-M 703.2                    Page 3 of 3                    (11/16)

Xfinity Voice Comcast's IP-enabled telephone service, branded Xfinity Voice, is a residential, primary line service that offers digital quality and includes all of the features that customers expect from their phone service in addition to new, enhanced features such as the ability to check voice mail online. Comcast also offers commercial telephone services, branded Comcast Business Class (formerly Workplace Digital Voice), and has a very small number of switched-circuit (non-IP enabled) commercial Comcast Digital Phone customers.

Text messaging is a service offered to all unlimited Xfinity Voice subscribers, leveraging the Comcast network to send and receive text messages from a home computer or smart phone with an installed Xfinity text messaging application. Comcast can provide historic text message sessions by the originating and terminating device identification and telephone number for a period of at least 30 days. Xfinity Internet Xfinity Internet provides a constant connection to the Internet and offers download speeds up to 105 Mbps depending on the location of the Comcast market. In addition, Comcast provides subscribers with up to seven unique email accounts accessible from any Internet-connected computer. Note: If law enforcement needs data regarding a Wi-Fi connection associated with or that appears to have a connection that appears to be Comcast related, please contact the LRC for further instructions. Xfinity TV Xfinity TV service provides customers with the best television programming and networks, as well as movies, sports, and other events. On Demand and Digital Video Recorder options further enhance customers' ability to experience all of the programming provided over this service.

**Xfinity Wi-Fi Xfinity Wi-Fi is provided to all Xfinity Internet subscribers as a value added service and may be accessed by a subscriber using any device that is Wi-Fi capable. Also, limited periods of Wi-Fi service are provided to non-subscribers through a sponsored access program.** Comcast also participates in a program with other cable companies that offers non-Comcast subscribers access to Wi-Fi services on the Xfinity network. In order to identify the user of an Xfinity Wi-Fi IP address, the associated origination port address must be provided. Comcast can provide historic Internet Protocol assignment and session information for a period of 180 days for Xfinity Internet users. Rev. May 1, 2015 Comcast Legal Response Center 866-947-8572