# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

ME2 Productions, Inc.

                          Plaintiff,

v.                                                       Case No.: 1:17–cv–03852

                                                                Honorable Amy J. St. Eve

Does 1–28, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 28, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 8/28/2017 and continued to 10/5/2017 at 08:30 AM. Doe Defendant #4's motion to quash [14] is denied without prejudice for failure to sign and failure to comply with the local rule requiring presentment of the motion. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.